## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION**<br><br>This Document Relates To: ALL ACTIONS | Case No. 2:12-md-02311-FKB-RSW<br><br>Honorable F. Kay Behm<br>Magistrate Judge R. Steven Whalen |

## ORDER GRANTING WITHDRAWAL OF COUNSEL STEVEN A. KANNER

Before the Court is a Notice of Withdrawal of Counsel for Steven A. Kanner. IT IS SO

ORDERED that: Steven A. Kanner shall be removed as an attorney of record in the following

cases and discontinued from receiving e-filing notices.

Master File No. 12-md-02311

Wire Harness Cases on behalf of Cesar-Scott, Inc., and Paesano Connecting Systems,

Inc., Case Nos.:

2:12-cv-00100-MOB-MKM, *In re: Wire Harness*– Lead Case

2:12-cv-00101-MOB-MKM, *In re: Wire Harness*– Direct Purchaser Actions

Instrument Panel Clusters Cases on behalf of ACAP, L.L.C., Case Nos.:

2:12-cv-00200-MOB-MKM, *In re: Instrument Panel Clusters*– Lead Case

2:12-cv-00201-MOB-MKM, *In re: Instrument Panel Clusters*– Direct Purchaser Actions

Heater Control Panels Cases on behalf of Tiffin Motor Homes, Incorporated, Case Nos.:

2:12-cv-00400-MOB-MKM, *In re: Heater Control Panels*– Lead Case

2:12-cv-00401-MOB-MKM, *In re: Heater Control Panels*– Direct Purchaser Actions

Bearings Cases on behalf of SPS Spindle Parts and Service, LLC, Case Nos.:

2:12-cv-00500-MOB-MKM, *In re: Bearings*– Lead Case

2:12-cv-00501-MOB-MKM, *In re: Bearings– Direct Purchaser Actions*

Occupant Safety Systems Cases on behalf of Beam's Industries, Inc., Case Nos.:

2:12-cv-00600-MOB-MKM, *In re: Occupant Safety Systems–* Lead Case

2:12-cv-00601-MOB-MKM, *In re: Occupant Safety Systems–* Direct Purchaser Actions

Air Conditioning Systems Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.:

2:13-cv-15126-MOB-MKM, *Tiffin Motor Homes, Inc. v. Valeo S.A. et al.*

2:13-cv-02701-MOB, *In re: Air Conditioning Systems–* Direct Purchaser Actions

Starters Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.:

2:14-cv-10674-MOB-MKM, *Tiffin Motor Homes, Inc. v. Denso Corporation et al.*

2:13-cv-01101-MOB-MKM, *In re: Starters–* Direct Purchaser Actions

Windshield Wipers Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.:

2:13-cv-15125-MOB-MKM, *Tiffin Motor Homes, Inc. v. Denso Corporation et al.*

2:13-cv-00901-MOB-MKM, *In re: Windshield Wipers–* Direct Purchaser Actions

Windshield Washer Systems Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.:

2:14-cv-10673-MOB-MKM, *Tiffin Motor Homes, Inc. v. Denso Corporation et al.*

2:13-cv-02801-MOB, *In re: Windshield Washer Systems–* Direct Purchaser Actions

**SO ORDERED.**

Date: May 1, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge